No. 10-8391. William C. Richardson, Petitioner v. Cathy Stroud, et al.

562 U.S. 1292, 131 S. Ct. 1686, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2354.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8393. Arnulfo Silva, Petitioner v. Florida.

562 U.S. 1292, 131 S. Ct. 1687, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2393.

March 21, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 44 So. 3d 591.

No. 10-8394. Felecia Sorrell, Petitioner v. Michigan Department of Human Services.

562 U.S. 1292, 131 S. Ct. 1687, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2346.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 10-8396. George Sturgeon, Petitioner v. Illinois.

562 U.S. 1292, 131 S. Ct. 1687, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2278.

March 21, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 1143, 371 Ill. Dec. 289, 989 N.E.2d 1217.

No. 10-8400. Kenneth Kevin Henderson, Petitioner v. Alabama.

562 U.S. 1292, 131 S. Ct. 1687, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2334.

March 21, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

No. 10-8409. Randy Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1293, 131 S. Ct. 1688, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2368.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8415. James Rodney Centobene, Petitioner v. Edmund G. Brown, Jr., Governor of California, et al.

562 U.S. 1293, 131 S. Ct. 1688, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2308.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8420. Jerry L. Thomas, Petitioner v. Katryna Frech, et al.

562 U.S. 1293, 131 S. Ct. 1688, 179 L. Ed. 2d 626, 2011 U.S. LEXIS 2304.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 400 Fed. Appx. 315.